# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| TONY WILSON-JOHNSON, | : | CIVIL ACTION |
| --- | --- | --- |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| KIOSHIA M. WALKER, *et al.*, | : | NO. 18-1076 |
| Defendants. | : | |

## ORDER

AND NOW, this 4th day of April, 2018, upon consideration of Wilson-Johnson's motion to proceed *in forma pauperis* and his *pro se* Complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. Wilson-Johnson's Complaint is DISMISSED with prejudice for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), and for lack of jurisdiction to the extent Wilson-Johnson seeks review and reversal of any orders entered by the Family Court in his custody matter, in accordance with the Court's Memorandum. Wilson-Johnson will not be provided leave to file an amended complaint in this matter.

3. The Clerk of Court shall CLOSE this case.

BY THE COURT:

_____
WENDY BEETLESTONE, J.